UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DENISE HONEYCUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MERRIEL STEBBINS, ) | 5:23-CV-430-BO-RJ |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court GRANTS Stebbins's motion to dismiss [DE 4].

This case is closed.

**This judgment filed and entered on February 26, 2024, and served on:**
Denise Honeycutt (via US Mail to 218 A W. Northpoint Rd., Spring Lake, NC 28390)
Katharine O'Hale (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

February 26, 2024

　/s/ Lindsay Stouch
By: Deputy Clerk